UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>1231 MARKET ST. OWNER L.P.,<br><br>　　　　　Defendant. | Case No. 20-cv-08835-TSH<br><br>**ORDER RE: NOTICE OF SETTLEMENT** |

The Court has been informed that the above-entitled action has settled. ECF No. 8. Accordingly, the Court **VACATES** all pending deadlines. The parties shall file a dismissal or joint status report by March 15, 2021. No chambers copy is required.

**IT IS SO ORDERED.**

Dated: January 15, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　THOMAS S. HIXSON
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge