CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Amanda Seabock, Esq., SBN 289900
Zachary Best, Esq., SBN 166035
Mail: 8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br><br>    Plaintiff,<br><br>  v.<br><br>1231 MARKET ST. OWNER L.P., a Delaware Limited Partnership,<br><br>    Defendants. | **Case:** 3:20-cv-08835-TSH<br><br>**Plaintiff's Notice of Voluntary Dismissal With Prejudice**<br><br>**Fed. R. Civ. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that Plaintiff SAMUEL LOVE, hereby voluntarily dismisses the above captioned action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendant 1231 Market Street Owner L.P., a Delaware Limited Partnership has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: March 16, 2021          CENTER FOR DISABILITY ACCESS

                               By: /s/Amanda Seabock
                                   Amanda Seabock
                                   Attorneys for Plaintiff